IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM BRANTLEY MYERS,<br><br>Defendant. | CR 25-121-BLG-WWM<br><br>ORDER GRANTING EXTENSION |

The Bureau of Prisons at the Metropolitan Correctional Center in San Diego, California, filed for an extension of 30 days to complete the ordered evaluation, and an additional three weeks to file the final report of evaluation. For psychiatric exams ordered under 18 U.S.C. § 4242, and upon a showing of good cause, the Court may grant a reasonable extension, not to exceed 30 days, for the facility to "observe and evaluate the defendant." 18 U.S.C. § 4247(b).

**IT IS HEREBY ORDERED:**

1. The facility shall have until **January 14, 2026,** to complete the evaluation of Defendant in order to determine his competency to proceed in this matter.

2. The facility shall have until **January 28, 2026,** to file the final

report of Defendant with the Court, with copies to counsel for Defendant and the Government.

3.  All time from the date of this Order until the date of the Court's determination as to Defendant's competency is excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) and (F).

The Clerk of Court is directed to notify the parties and the United States Marshals Service of the entry of this order.

DATED this 26th day of November, 2025.

_____
WILLIAM W. MERCER
United States District Judge