IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM BRANTLEY MYERS,<br><br>Defendant. | CR 25-121-BLG-WWM<br><br>ORDER DISMISSING INDICTMENT |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 29), and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Adam Brantley Myers shall be released from the custody of the United States Marshal Service.

The Clerk of Court is directed to notify the parties and the United States Marshal Service of the making of this Order.

DATED the 4th day of May, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE